UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAZARO PERERA SOTO,

Petitioner,

Case No. 2:26-cv-1059-KCD-NPM

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.
_______________________________/

**ORDER**

Petitioner Lazaro Perera Soto has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government has responded and concedes that it has no evidence that there is a significant likelihood of Soto's removal, as *Zadvydas* requires. (Doc. 18.) Accordingly, the habeas petition is **GRANTED**.

Because the Government cannot show any real prospect of deportation, the Court finds no significant likelihood that Soto will be removed in the reasonably foreseeable future. He is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional

conditions that may be imposed. To the extent Soto raised any other claims, they are denied. He is entitled to no other relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Lazaro Perera Soto from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Soto must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on August 25, 2026.

Kyle C. Dudek
United States District Judge